HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORAN LARWICK and JANE LARWICK, as Co-Personal Representatives of the ESTATE of BRENT LARWICK, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>EMCOR FACILITIES SERVICES, INC., a foreign corporation, J&J MAINTENANCE, INC., a foreign corporation, and BMAR & ASSOCIATES LLC, a foreign limited liability company, d/b/a EJB FACILITIES SERVICES, INC., a foreign joint venture, and EJB FACILITIES SERVICES, a foreign joint venture, R.J. OWEN and "JANE DOE" OWEN, husband and wife,<br><br>Defendants. | No. 3:10-cv-05260-RBL<br><br>**STIPULATION AND AGREED ORDER CHANGING BRIEFING DATES**<br><br>**[Clerk's Action Required]** |

In light of the pretrial conference set for September 8, 2011, the parties, through their respective attorneys of record, stipulate and agree to extend the current schedule for the Trial Briefs, and Proposed Findings of Fact and Conclusions of Law to September 13, 2011.

/ / /

STIPULATION AND AGREED ORDER
CHANGING BRIEFING DATES – 1
No. 3:10-cv-05260-RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Dated this 30th day of August, 2011.                    Dated this 30th day of August, 2011.

MESSINA BULZOMI CHRISTENSEN, PS                         CORR CRONIN MICHELSON
                                                        BAUMGARDNER & PREECE LLP


    /s/ Stephen L. Bulzomi                                 /s/ Steven W. Fogg
John L. Messina, WSBA #4440                             Steven W. Fogg; WSBA No. 23528
Stephen L. Bulzomi, WSBA #15187                         Patrick T. Jordan, WSBA No. 40292
Attorneys for Plaintiffs                                Attorneys for Defendants


### ORDER

Pursuant to the foregoing Stipulation of the parties, NOW THEREFORE,

IT IS SO ORDERED.

DATED: __9-1-11__.

                                                    _____
                                                    THE HONORABLE RONALD B. LEIGHTON

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

    /s/ Steven W. Fogg
Steven W. Fogg, WSBA No. 23528
Patrick Jordan, WSBA No. 40292
Attorneys for Defendants


MESSINA BULZOMI CHRISTENSEN, PS


    /s/ Stephen L. Bulzomi
John L. Messina, WSBA #4440
Stephen L. Bulzomi, WSBA #15187
Attorneys for Plaintiffs

STIPULATION AND AGREED ORDER                            CORR CRONIN MICHELSON
CHANGING BRIEFING DATES – 2                             BAUMGARDNER & PREECE LLP
No. 3:10-cv-05260-RBL                                   1001 Fourth Avenue, Suite 3900
                                                        Seattle, Washington 98154-1051
                                                        Tel (206) 625-8600
                                                        Fax (206) 625-0900